United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALLDRITT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 24-cv-04920-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>ECF 9 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey White for consideration of whether the case is related to 22-cv-01587-JSW Keene et al v. City and County of San Francisco, et al.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
TRINA L. THOMPSON
United States District Judge